RICK A. YARNALL                                              E-FILED:
CHAPTER 13 BANKRUPTCY TRUSTEE
701 Bridger Ave
Suite 820
Las Vegas, NV  89101
(702) 853-4500

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>STEVEN T KAMINSKI<br>TAMMY R KAMINSKI<br><br>**Debtors** | CHAPTER 13<br>CASE NO: BKS-10-13487-BTB<br><br>**TRUSTEE'S DIRECTIVE** |

This is an important directive from the Trustee requiring your immediate attention. It must be read CAREFULLY, UNDERSTOOD AND COMPLIED WITH. If you DO NOT UNDERSTAND your obligations hereunder, discuss this matter with your attorney. Please be advised that a copy of this directive will be sent to your attorney. You are required to provide to the Trustee the following:

DEBTOR TO SEND A COPY OF 2010 TAX RETURN TO TRUSTEE'S OFFICE AS SOON AS POSSIBL

To date the Trustee has not received the requested data. It is necessary that you comply with the Trustee's request 21 days from the file stamped date of this directive. YOUR ACTION WITHIN THE TIME STATED IS IMPERATIVE.

The Bankruptcy Code (11 U.S.C. 521) (3) requires that you cooperate with the Trustee. If you fail to comply with this directive or if you provide incomplete or inaccurate information, the Trustee will be required to petition the Court to have your case dismissed.

ALL CORRESPONDENCE MUST BE MAILED TO:     701 Bridger Ave
                                          Suite 820
                                          Las Vegas, NV  89101


Dated: 6/14/2011                          /s/ Rick A. Yarnall
                                          Rick A. Yarnall
                                          Chapter 13 Trustee

cc: Hurtik & Manke Llc